

MINUTE ENTRY
McNAMARA, CHIEF JUDGE
MARCH 22, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUTH A. WHEELER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0145 |
| WINN-DIXIE LOUISIANA, INC. | * | SECTION: "D"(2) |

Before the court is the **"Motion to Dismiss Based on Rule 12(b)(1) for Lack of Subject Matter Jurisdiction"** filed by Defendant, Winn-Dixie Louisiana, Inc. **_No memorandum in opposition was filed._** The motion, set for hearing on Wednesday, March 22, 2000, is before the court on Defendant's brief, without oral argument.

Having reviewed the memorandum of Defendant's counsel and the applicable law, the court finds that the court lacks subject matter jurisdiction because Plaintiff and Defendant are both residents of Louisiana. While Plaintiff is correct in alleging that Defendant is a Florida Corporation (Complaint, ¶ II), Defendant has its principal place of business in Louisiana. (*See*, Affidavit of Michael J. Istre attached to Defendant's Memorandum as Exhibit A,

DATE OF ENTRY
MAR 22 2000

and Certificate from Louisiana's Secretary of State attached to Defendant's Memorandum as Exhibit B). Thus, under 28 U.S.C. § 1332(c)(1), Defendant is deemed to be a citizen of Louisiana.[1]

Accordingly;

IT IS ORDERED that Defendant's **"Motion to Dismiss Based on Rule 12(b)(1) for Lack of Subject Matter Jurisdiction"** be and is hereby **GRANTED**.



---

[1]    28 U.C.S. §1332(c)(1) provides that:

>  a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business . . . .

2