

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUTH A. WHEELER | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0145 |
| WINN-DIXIE LOUISIANA, INC. | * | SECTION: "D"(2) |

### J U D G M E N T

For reasons set forth in this court's Minute Entry of March 22, 2000,

**IT IS ORDERED, ADJUDGED AND DECREED** that this matter be and is hereby **DISMISSED** for lack of subject matter jurisdiction.

New Orleans, Louisiana, this 21st day of March, 2000.

A. J. McNAMARA
CHIEF JUDGE

DATE OF ENTRY
MAR 2 2 2000